# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9467655 | ZWECK | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/21/2025 1435 | MTIA 21-801.1 |

**Place of Offense:** Porter Street Fort Detrick MD

**Offense Description: Factual Basis for Charge** HAZMAT ☐

MTIA 21-801.1 Driving veh. on hwy. at Speed exceeding limit Exceeding post speed limit by 10mph / Exceeding max 35mph in a 25mph zone

### DEFENDANT INFORMATION

| Last Name | First | Middle |
|---|---|---|
| MALONE | ANDRE | TAVOY |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3GS6896 | MD | 22 | CHEV PK | | White |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee
$ 120 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Drive Fort Detrick MD 21702
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9467655*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 21, 2025** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**

On 20251021 1435 HRS I observed a white Chevy Bearing MD 3GS6896 Traveling E/W on Porter Street at a High Rate of Speed. My visual observation was confirmed by RADAR with an Audio/Digital display of 35mph in a clearly Posted 25mph Zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Malone by their Driver's license.

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/21/2025  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident